

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00556-CV

**IN THE INTEREST OF S.R.V.**, a Child

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA01961
Honorable Richard Garcia, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order of termination is AFFIRMED.

We order that appellee, the Texas Department of Family and Protective Services, recover its costs of appeal, if any, from appellant Grandmother.

SIGNED January 31, 2018.

Marialyn Barnard, Justice